# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: GARCIA, MANUEL L  
GARCIA, PATRICIA T

Case No. 11-14211

Chapter 7

_____,

Debtors

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

YVETTE WEINSTEIN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $477,566.35 *(without deducting any secured claims)* | Assets Exempt: $36,434.35 |
| Total Distribution to Claimants: $11,028.36 | Claims Discharged Without Payment: $49,737.81 |
| Total Expenses of Administration: $2,511.76 | |

3)  Total gross receipts of $ 13,540.12 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,540.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $604,000.00 | $10,264.61 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,511.76 | 2,511.76 | 2,511.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,957.00 | 59,047.17 | 59,047.17 | 11,028.36 |
| **TOTAL DISBURSEMENTS** | $623,957.00 | $71,823.54 | $61,558.93 | $13,540.12 |

4) This case was originally filed under Chapter 7 on March 24, 2011. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2013_____    By: /s/YVETTE WEINSTEIN, TRUSTEE_____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chapter 13 Funds | 1229-000 | 13,540.00 |
| Interest Income | 1270-000 | 0.12 |
| **TOTAL GROSS RECEIPTS** | | **$13,540.12** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Clark County Credit Union | 4110-000 | 15,000.00 | 10,264.61 | 0.00 | 0.00 |
| NOTFILED | Consolidated Resorts | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Loan Services | 4110-000 | 589,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$604,000.00** | **$10,264.61** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| YVETTE WEINSTEIN, TRUSTEE | 2100-000 | N/A | 2,104.01 | 2,104.01 | 2,104.01 |
| YVETTE WEINSTEIN, TRUSTEE | 2200-000 | N/A | 74.62 | 74.62 | 74.62 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.58 | 29.58 | 29.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.71 | 26.71 | 26.71 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 28.72 | 28.72 | 28.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.56 | 27.56 | 27.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.54 | 26.54 | 26.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.15 | 30.15 | 30.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.43 | 26.43 | 26.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.11 | 29.11 | 29.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.14 | 28.14 | 28.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.36 | 25.36 | 25.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.83 | 29.83 | 29.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,511.76** | **$2,511.76** | **$2,511.76** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | East Bay Funding LLC | 7100-000 | N/A | 6,300.84 | 6,300.84 | 1,176.83 |
| 2 | ECAST SETTLEMENT CORPORATION SUCCESSOR TO FIA CARD | 7100-000 | N/A | 7,822.96 | 7,822.96 | 1,461.11 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Rc Willey Home Furnishings | 7100-000 | N/A | 741.31 | 741.31 | 138.46 |
| 4 -2 | IRS | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| 5 | Plusfour Inc. | 7100-000 | N/A | 183.00 | 183.00 | 34.18 |
| 6 | FIA CARD SERVICES AKA BANK OF AMERICA | 7100-000 | N/A | 19,009.79 | 19,009.79 | 3,550.49 |
| 7 | World Financial Network National Bank | 7100-000 | 395.00 | 432.79 | 432.79 | 80.83 |
| 8 | ECAST SETTLEMENT CORP | 7100-000 | N/A | 8,113.67 | 8,113.67 | 1,515.41 |
| 9 | Clark County Credit Union | 7100-000 | 16,443.00 | 16,442.81 | 16,442.81 | 3,071.05 |
| NOTFILED | Gemb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Credit Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Consolidated Resorts Concord Servicing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Credit Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Credit Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Credit Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Credit Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Td Banknorth Maine | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Target | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Receiv Recov | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lane Bryant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Credit Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Grant & Weber | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Target | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. C/O American Infosource | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Collection Serv | 7100-000 | 601.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Credit Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Credit Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Allstate Fin | 7100-000 | 209.00 | N/A | N/A | 0.00 |
| NOTFILED | Allstate Fin | 7100-000 | 209.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Collection Serv | 7100-000 | 601.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Collection Serv | 7100-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | Clark County Credit Un | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $19,957.00 | $59,047.17 | $59,047.17 | $11,028.36 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| Case Number: 11-14211 | Trustee: | (480160)    YVETTE WEINSTEIN, TRUSTEE |
| Case Name: GARCIA, MANUEL L | Filed (f) or Converted (c): | 11/28/11 (c) |
| GARCIA, PATRICIA T | §341(a) Meeting Date: | 01/04/12 |
| Period Ending: 05/14/13 | Claims Bar Date: | 04/03/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chapter 13 Funds  (u)<br>  funds turned over to estate by Chapter 13 trustee<br>for non-exempt funds | 0.00 | 13,540.00 | | 13,540.00 | FA |
| 2 | Single Family Home 8015 Placid Street, Las Vegas<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>49; Original petition value: 0.00; Original asset<br>description: Chapter 13 Funds; Original lien amount:<br>0.00 | 410,000.00 | 0.00 | | 0.00 | FA |
| 3 | Consolidated Resorts, Time Share, Hawaii, To Be<br>  surrendered during chapter 13<br>Orig. Asset Memo: Imported from Amended Doc#: 49;<br>Original petition value: 0.00; Original asset description:<br>Chapter 13 Funds | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 4 | Chase Checking Account Ending 3915<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>49; Original petition value: 0.00; Original asset<br>description: Chapter 13 Funds; Original exemption<br>amount: 0.00 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | US Bank Checking Account Ending 8940<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>49; Original petition value: 0.00; Original asset<br>description: Chapter 13 Funds; Original exemption<br>amount: 0.00 | 1,200.00 | 803.00 | | 0.00 | FA |
| 6 | US Bank Money Market Savings Account Ending 8149<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>49; Original asset description: Chapter 13 Funds;<br>Original exemption amount: 0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Household Goods<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>49; Original petition value: 0.00; Original asset<br>description: Chapter 13 Funds; Original exemption<br>amount: 0.00 | 2,500.00 | 0.00 | | 0.00 | FA |
| 8 | Wearing Apparel<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>49; Original petition value: 0.00; Original asset | 500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page:  2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number:  11-14211 | Trustee:        (480160)   YVETTE WEINSTEIN, TRUSTEE |
| Case Name:     GARCIA, MANUEL L | Filed (f) or Converted (c):  11/28/11 (c) |
| GARCIA, PATRICIA T | §341(a) Meeting Date:  01/04/12 |
| Period Ending: 05/14/13 | Claims Bar Date:  04/03/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | description: Chapter 13 Funds; Original exemption amount: 0.00 | | | | | |
| 9 | Whole Life Insurance Policy through Metlife<br>   Orig. Asset Memo: Imported from Amended Doc#: 49; Original petition value: 0.00; Original asset description: Chapter 13 Funds; Original exemption amount: 0.00 | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Term Life Insurance Policy through Metlife<br>   Orig. Asset Memo: Imported from Amended Doc#: 49; Original asset description: Chapter 13 Funds | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 401K through Hartford<br>   Orig. Asset Memo: Imported from Amended Doc#: 49; Original petition value: 0.00; Original asset description: Chapter 13 Funds; Original exemption amount: 0.00 | 15,426.32 | 0.00 | | 0.00 | FA |
| 12 | 401K through Fidelity<br>   Orig. Asset Memo: Imported from Amended Doc#: 49; Original petition value: 0.00; Original asset description: Chapter 13 Funds; Original exemption amount: 0.00 | 11.03 | 0.00 | | 0.00 | FA |
| 13 | 60 Shares of MGM Stock<br>   Orig. Asset Memo: Imported from Amended Doc#: 49; Original petition value: 0.00; Original asset description: Chapter 13 Funds | 666.00 | 666.00 | | 0.00 | FA |
| 14 | Stock through LPL Financial<br>   Orig. Asset Memo: Imported from Amended Doc#: 49; Original petition value: 0.00; Original asset description: Chapter 13 Funds; Original exemption amount: 0.00 | 93.00 | 0.00 | | 0.00 | FA |
| 15 | Earned income Credit<br>   Orig. Asset Memo: Imported from Amended Doc#: 49; Original asset description: Chapter 13 Funds | Unknown | 0.00 | | 0.00 | FA |
| 16 | 2011 Tax Refund<br>   Orig. Asset Memo: Imported from Amended Doc#: 49; Original asset description: Chapter 13 Funds; | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 11-14211

**Case Name:** GARCIA, MANUEL L
GARCIA, PATRICIA T

**Period Ending:** 05/14/13

**Trustee:** (480160)  YVETTE WEINSTEIN, TRUSTEE

**Filed (f) or Converted (c):** 11/28/11 (c)

**§341(a) Meeting Date:** 01/04/12

**Claims Bar Date:** 04/03/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Original exemption amount: 0.00 | | | | | |
| 17 | 2003 BMW 745li Approx 51k miles Car is paid off,<br>Orig. Asset Memo: Imported from original petition<br>Doc# 14   See amended asset # 19 | 8,500.00 | 8,500.00 | | 0.00 | FA |
| 18 | 2005 GMC Yukon Denali XL Approx 55k miles<br>Orig. Asset Memo: Imported from Amended Doc#:<br>49; Original petition value: 0.00; Original asset<br>description: Chapter 13 Funds; Original lien amount:<br>0.00 | 13,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2003 BMW 745li Approx 51k miles Car is paid off,<br>Orig. Asset Memo: Imported from Amended Doc#:<br>49; Original petition value: 0.00; Original asset<br>description: Chapter 13 Funds; Original exemption<br>amount: 0.00   Same as Asset # 17 | 19,570.00 | 4,570.00 | | 0.00 | FA |
| 20 | 2001 Yamaha YZ250 Dirt Bike<br>Orig. Asset Memo: Imported from Amended Doc#:<br>49; Original petition value: 0.00; Original asset<br>description: Chapter 13 Funds; Original exemption<br>amount: 0.00 | 500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.12 | FA |
| 21 | **Assets**   Totals (Excluding unknown values) | **$477,566.35** | **$33,079.00** | | **$13,540.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/7/12: TFR at UST and when approved will notice up TFR and then disburse funds pursuant to court order

11/17/12: TFR completed

12/6/11:WILL COLLECT $13,540.00 FROM FUNDS FROM PRIOR BK 10-22412

per Sarah Smith, attorney for Kathleen Leavitt

**Initial Projected Date Of Final Report (TFR):**   December 15, 2014      **Current Projected Date Of Final Report (TFR):**   December 7, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-14211 | |
| **Case Name:** | GARCIA, MANUEL L | |
| | GARCIA, PATRICIA T | |
| **Taxpayer ID #:** | **-***3875 | |
| **Period Ending:** | 05/14/13 | |

| | |
|---|---|
| **Trustee:** | YVETTE WEINSTEIN, TRUSTEE (480160) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******10-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br>Description of Transaction<br><Ledger Category> | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/11 | {1} | KATHLEEN LEAVITT CHPT 13 /<br>Manuel & Patricia Garcia | Chapter 13 Funds | 1229-000 | 13,540.00 | | 13,540.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 13,540.01 |
| 01/25/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 13,515.01 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,515.12 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.58 | 13,485.54 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.71 | 13,458.83 |
| 03/20/12 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 03/20/2012 FOR CASE<br>#11-14211, Bond # 016048576 | 2300-000 | | 28.72 | 13,430.11 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.56 | 13,402.55 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.54 | 13,376.01 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.15 | 13,345.86 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.43 | 13,319.43 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.11 | 13,290.32 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.14 | 13,262.18 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.36 | 13,236.82 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.83 | 13,206.99 |
| 12/20/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001048016088<br>20121220 | 9999-000 | | 13,206.99 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 13,540.12 | 13,540.12 | **$0.00** |
| Less: Bank Transfers | 0.00 | 13,206.99 | |
| **Subtotal** | 13,540.12 | 333.13 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,540.12** | **$333.13** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-14211 | |
| **Case Name:** GARCIA, MANUEL L | |
| GARCIA, PATRICIA T | |
| **Taxpayer ID #:** **-***3875 | |
| **Period Ending:** 05/14/13 | |

| | |
|---|---|
| **Trustee:** | YVETTE WEINSTEIN, TRUSTEE (480160) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****608166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction<br><Ledger Category> | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 13,206.99 | | 13,206.99 |
| 03/26/13 | 11002 | YVETTE WEINSTEIN, TRUSTEE | Dividend paid 100.00% on $74.62, Trustee Expenses;  Reference: | 2200-000 | | 74.62 | 13,132.37 |
| 03/26/13 | 11003 | YVETTE WEINSTEIN, TRUSTEE | Dividend paid 100.00% on $2,104.01, Trustee Compensation;  Reference: | 2100-000 | | 2,104.01 | 11,028.36 |
| 03/26/13 | 11004 | East Bay Funding LLC | First and Final Distribution | 7100-000 | | 1,176.83 | 9,851.53 |
| 03/26/13 | 11005 | ECAST SETTLEMENT CORPORATION SUCCESSOR TO FIA CARD | First and Final Distribution | 7100-000 | | 1,461.11 | 8,390.42 |
| 03/26/13 | 11006 | Rc Willey Home Furnishings | First and Final Distribution | 7100-000 | | 138.46 | 8,251.96 |
| 03/26/13 | 11007 | Plusfour Inc. | First and Final Distribution | 7100-000 | | 34.18 | 8,217.78 |
| 03/26/13 | 11008 | FIA CARD SERVICES AKA BANK OF AMERICA | First and Final Distribution | 7100-000 | | 3,550.49 | 4,667.29 |
| 03/26/13 | 11009 | World Financial Network National Bank | First and Final Distribution | 7100-000 | | 80.83 | 4,586.46 |
| 03/26/13 | 11010 | ECAST SETTLEMENT CORP | First and Final Distribution | 7100-000 | | 1,515.41 | 3,071.05 |
| 03/26/13 | 11011 | Clark County Credit Union | First and Final Distribution | 7100-000 | | 3,071.05 | 0.00 |

| | Receipts | Disbursements | Account Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 13,206.99 | 13,206.99 | $0.00 |
| Less: Bank Transfers | 13,206.99 | 0.00 | |
| **Subtotal** | 0.00 | 13,206.99 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $13,206.99 | |

| | |
|---|---|
| Net Receipts : | 13,540.12 |
| Net Estate : | $13,540.12 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******10-65** | 13,540.12 | 333.13 | 0.00 |
| **Checking # ****608166** | 0.00 | 13,206.99 | 0.00 |
| | $13,540.12 | $13,540.12 | $0.00 |